UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN J. SHEFCIK III,

        Defendant.

CR99-451 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to modify conditions of supervision, docket no. 18, is DENIED.

As noted in the presentence report and the documents submitted at the time of sentencing as to the classification of Failure to Disclose Material Event with Intent Fraudulently to Secure Title II Benefits (Class D Felony), three years supervision is appropriate.

Mr. Shefcik is requesting to remove the condition restricting him from having any internet access. Given the offense conduct of Mr. Shefcik utilizing his computer to access and store inappropriate photos, this condition is appropriate.

Mr. Shefcik is requesting the Court to order no restitution in this matter. If he is able to be gainfully employed, he should be required to pay restitution.

Mr. Shefcik is requesting removal of the specific sex offender conditions relating to treatment. Although Mr. Shefcik will also be simultaneously supervised by the

MINUTE ORDER - 1

Washington State Department of Corrections, the dual supervision will only serve to enhance community safety and provide joint resources to address identified risk factors.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to U.S. Probation.

Dated this 25th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2